# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **TAMMY JENNINE YOUNG** | **CASE NO. 6:17-CV-00689** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **U S COMMISSIONER SOCIAL SECURITY ADMINISTRATION** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision is AFFIRMED and this matter is DISMISSED WITH PREJUDICE, consistent with the report and recommendation.

SIGNED in Monroe, Louisiana, the 25th day of September, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE